859 A.2d 1173

IN THE MATTER OF KATHLEEN M. VELLA,
AN ATTORNEY AT LAW.

October 29, 2004.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **KATHLEEN M. VELLA** of **LINWOOD,** who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for a period of three months effective July 16, 2004, by Order of this Court filed June 17, 2004, be restored to the practice of law, effective immediately.